IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                    Plaintiff,                        )<br>                                                              )<br>            vs.                                            )<br>                                                              )<br> JOSE LUIS BRAVO-LOPEZ,                )<br>                                                              )<br>                    Defendant.                     ) | Case No. 8:04CR313<br><br>**SCHEDULING ORDER** |

  Before the court is defendant's unopposed Motion to Continue [73].   Defense counsel is in trial in the Eastern District of California.  Good cause being shown, the motion to continue will be granted and the previously scheduled evidentiary hearing on motion [27] will be continued.

  IT IS ORDERED:

  1. That the Motion to Continue [73] is granted; and

  2. That the evidentiary hearing on the Notice of Motion to Traverse Affidavit in Support of Warrant and to Suppress Evidence [#27] is rescheduled to **May 27, 2005** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

  Since this is a criminal case, the defendant must be present, unless excused by the Court.

  DATED this 21st day of April, 2005.

                                                                        BY THE COURT:


                                                                        s/ F. A. Gossett
                                                                        United States Magistrate Judge