IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR313 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSE LUIS BRAVO-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a change of plea for the defendant, Jose Luis Bravo-Lopez, is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 8, 2005, at 9:00 a.m.**  Since this is a criminal case, the defendant shall be present, unless excused by the court.  If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 27th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge